IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| KENNY IROEGBU, #1246561 | § | |
| --- | --- | --- |
| Plaintiff, | § | |
| | § | |
| v. | § | 3:17-CV-1306-N-BK |
| | § | |
| UNITED STATES CITIZENSHIP AND | § | |
| IMMIGRATION SERVICES, | § | |
| Defendant. | § | |

## ORDER

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. Plaintiff filed objections along with a request to withdraw his petition for writ of mandamus. He notes that United States Citizenship and Immigration Services (CIS) granted his I-130 petition for alien relative. Doc. 7.

Plaintiff's request to withdraw, liberally construed as a voluntary motion to dismiss under Fed. R. Civ. P. 41(a), is **GRANTED** and this action is hereby **DISMISSED WITHOUT PREJUDICE**.

The Clerk of the Court is **directed** to close this case.

SO ORDERED this 30th day of June, 2017.

_____
UNITED STATES DISTRICT JUDGE